IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

HUMBERTO JORGE                                CASE NO. 18-bk-07526-KSJ
                                                                            CHAPTER 7

                 Debtor.
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT THE GEORGE C. YOUNG FEDERAL COURTHOUSE 400 WEST WASHINGTON STREET, SUITE 5100, ORLANDO, FL 32801 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, GAVIN STEWART, P.O. BOX 5703, CLEARWATER, FL 33758, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

       Specialized Loan Servicing LLC as servicing agent for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 ("Movant") seeks, pursuant to 11 U.S.C. §362(d), relief from the automatic stay and states:

1. On November 14, 2006, Debtor executed and delivered a promissory note and mortgage securing payment of the note in favor of Southstar Funding.

2. Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the promissory note and has the ability to enforce and foreclose its lien. The note has been duly endorsed and Movant is the assignee of the mortgage. A copy of the promissory note, mortgage and assignment of mortgage is attached hereto as Composite Exhibit "A."

3. The mortgage is secured by the following real property located in Osceola County, Florida:

**LOT 12, BLOCK 596, POINCIANA, NEIGHBORHOOD 1, VILLAGE 2, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 3, PAGES 69 THROUGH 87, INCLUSIVE, PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.**

**AKA  930 Halifax Drive, Kissimmee, Florida 34758 ("Property")**

4. The loan is in default. Pursuant to Local Rule 4001-1(c)(1)(C), the following is the default information on the loan as of December 12, 2018, the total debt owed was $293,175.97 and the loan is due for the September 1, 2015 payment and all subsequent payments.

5. According to the Debtor's Schedules, the value of the Property is $123,000.00.

6. It would be inequitable to allow the Debtor to retain the Property, as there is no equity above the total indebtedness.

7. Furthermore, Movant is not receiving payments to protect against the erosion of its security interest in the Property.

8.  If Movant is not permitted to enforce its lien on the Property, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

a.  terminating the automatic stay;

b.  permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Property described herein; and

c.  granting such other relief that the Court may deem just and proper.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33765
P: (727) 565-2653
F: (727) 213-9022
E:bk@stewartlegalgroup.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice this 14th day of December, 2018 and first class mail this 15th day of December, 2018.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Humberto Jorge
Ana Jorge
930 Halifax Drive
Kissimmee, Florida 34758

**VIA CM/ECF NOTICE**
Francisco J Gonzalez
Gonzalez Law Firm, P.L.
1525 International Parkway, Suite 4021
Heathrow, FL 32746

Arvind Mahendru
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708